UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
LESALDO SHALTO, :
:
Plaintiff, :
: 23 Civ. 6730 (JPC) (BCM)
-v- :
: ORDER
DJERDAN ASTORIA CORP. *et al.*, :
:
Defendants. :
:
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 14, 2024, Plaintiff served Defendant Angela Leonidou with copies of the Summons and Amended Complaint. Dkt. 28. Leonidou's deadline to respond to the Amended Complaint was therefore March 6, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, yet the docket does not reflect a response to the Amended Complaint from Leonidou. Accordingly, the Court extends *sua sponte* Leonidou's deadline to respond to the Amended Complaint until March 21, 2024. If Leonidou once again fails to respond to the Amended Complaint by her deadline to do so, Plaintiff should seek a Certificate of Default by March 28, 2024.

SO ORDERED.

Dated: March 7, 2024
       New York, New York

                                                  JOHN P. CRONAN
                                                  United States District Judge