UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESALDO SHALTO,

    Plaintiff,

-against-

DJERDAN ASTORIA CORP., *et al.*,

    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/12/2024
```

23-CV-06730 (JPC) (BCM)

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The parties have advised the Court that one or more defendants have yet to appear in this action. The District Judge has extended defendant Angela Leonidou's deadline to respond to the complaint until March 21, 2024. (Dkt. 30.) Consequently, the settlement conference scheduled for April 4, 2024 is hereby ADJOURNED *sine die*. The parties shall contact Judge Moses's chambers within two weeks of the date that Leonidou appears, or a certificate of default is entered against her. A settlement conference will be scheduled once all defendants have either appeared or defaulted.

Dated: New York, New York
       March 12, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**