# CLIFTON BUDD & DEMARIA, LLP

ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING 350 FIFTH AVENUE, 61ST FLOOR NEW YORK, NY 10118

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

**IAN-PAUL A. POULOS**
PARTNER
E-MAIL: IAPOULOS@CBDM.COM

March 13, 2024

**VIA ECF**
Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 12D
New York, NY 10007

*The request is granted. Leonidou shall respond to the Amended Complaint by April 22, 2024. The Clerk of Court is respectfully directed to close Docket Number 36.*

*SO ORDERED.*
*Date: March 18, 2024*
*New York, New York*

JOHN P. CRONAN
United States District Judge

Re: *Shalto v. Djerdan Astoria Corp. et al*
23-cv-06730-JPC

Dear Judge Cronan:

This firm represents Defendant Angela Leonidou ("Leonidou") in the above-referenced action. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases, Leonidou respectfully requests that Your Honor extend her time to move, answer, or otherwise respond to the Amended Complaint through and including Monday, April 22, 2024. This extension is necessary for the undersigned to investigate the facts and circumstances of the Plaintiff's Amended Complaint.

Counsel for the Plaintiff and Co-Defendant consent to this request. This is Leonidou's first request for adjournment or extension.

Thank you for Your Honor's consideration.

Respectfully submitted,
CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendant Leonidou*

By: _____
Ian-Paul A. Poulos

CC:   All Counsel of Record