# CLIFTON BUDD & DEMARIA, LLP

ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

IAN-PAUL A. POULOS  
PARTNER  
E-MAIL: IAPOULOS@CBDM.COM

April 18, 2024

**VIA ECF**  
Hon. John P. Cronan  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 12D  
New York, NY 10007

The request is granted. Defendant Leonidou may respond to the Amended Complaint by May 13, 2024.

SO ORDERED.  
April 22, 2024  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge

Re: *Shalto v. Djerdan Astoria Corp. et al*  
   23-cv-06730-JPC

Dear Judge Cronan:

This firm represents Defendant Angela Leonidou ("Leonidou") in the above-referenced action. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases, Leonidou respectfully requests that Your Honor extend her time to move, answer, or otherwise respond to the Amended Complaint from April 22, 2024, through and including May 13, 2024. Since the last extension, the undersigned has been investigating the facts and circumstances of the Plaintiff's Amended Complaint, and the Parties have been engaging in settlement discussions. The undersigned hopes to resolve the case before resources are expended to move or answer in response to the Complaint.

Counsel for the Plaintiff consents to this request. This is Leonidou's second request for adjournment or extension.

Thank you for Your Honor's consideration.

Respectfully submitted,  
CLIFTON BUDD & DeMARIA, LLP  
*Attorneys for Defendant Leonidou*

By: _____  
   Ian-Paul A. Poulos

CC:   All Counsel of Record